

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jeremy Edward Johnson, Appellant

No. 06-21-00032-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2027612). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting each time payment fee in the amount of $12.50, for a total of $25.00, from the judgment and the bill of costs. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jeremy Edward Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 28, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk